UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RONALD BRALICK,

Case No. 15-CV-1406

                    Plaintiff,

        vs.

MESSER CUTTING SYSTEMS, INC.,

                    Defendant.

---

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1) WITHOUT COSTS OR FEES**

---

        IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Ronald

Bralick, by his attorneys, Heins Employment Law Practice LLC, and Defendant Messer Cutting

Systems, Inc., by its attorneys, Michael Best & Friedrich LLP, that this action, and all claims

herein, is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and without

attorneys' fees or costs to either party.  As part of this Stipulation, Messer's Petition for

Attorneys' Fees and Costs (Dkt. 21) is withdrawn.

Dated this 7th day of February, 2017.

**STIPULATED AND AGREED TO BY THE PARTIES:**

**MICHAEL BEST & FRIEDRICH LLP**

By     s/ Amy Schmidt Jones
         Amy Schmidt Jones, SBN 1032274
         100 East Wisconsin Avenue, Suite 3300
         Milwaukee, WI 53202-4108
         Telephone: 414-271-6560
         Fax: 414-277-0656
         E-mail: asjones@michaelbest.com
         E-mail: amcarroll@michaelbest.com

Attorneys for Defendant
MESSER CUTTING SYSTEMS, INC.

**HEINS EMPLOYMENT LAW PRACTICE LLC**

By     s/ Janet L. Heins
         Janet L. Heins, State Bar No. 1000677

         HEINS EMPLOYMENT LAW PRACTICE LLC
         1001 West Glen Oaks Lane, Suite 103
         Mequon, WI 53092
         (262) 241-8444 voice
         (262) 241-8455 facsimile
         e-mail: jheins@heinslawoffice.com

Attorneys for Plaintiff
RONALD BRALICK

208678-0006\20296946.3